No. 82–1620.  LOCHNER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–1626.  FARESE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–1634.  POST-NEWSWEEK STATIONS, FLORIDA, INC., ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–1638.  BRADLEY *v.* SEGAL ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 82–1641.  WILSON ET AL. *v.* CRAWFORD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–1647.  COUNCIL 13, AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL–CIO, BY MCENTEE, TRUSTEE AD LITEM, ET AL. *v.* PENNSYLVANIA DEPARTMENT OF JUSTICE, BOARD OF CORRECTIONS.  Sup. Ct. Pa.  Certiorari denied.

No. 82–1664.  CHAPPELL *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 82–1688.  WILLIAMS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 82–1689.  WILLIAMS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 82–1693.  SHEERAN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 82–1695.  ALFARANO ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 82–1715.  BIFIELD *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.